No. 529. JENNINGS, EXECUTRIX, *v.* ANDERSON, COL-LECTOR. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Robert N. Miller, Ewing Everett* and *J. Robert Sherrod* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch,* and *Norman D. Keller* for respondent.

No. 520. LEWIS-SIMAS-JONES CO. *v.* SOUTHERN PACIFIC Co. December 1, 1930. Petition for writ of certiorari to the District Court of Appeals, First Appellate District, of California, granted. *Messrs. Ernest Clewe* and *Robert E. Quirk* for petitioner. *Messrs. Henley C. Booth, J. R. Bell, G. H. Muckley,* and *James E. Lyons* for respondent.

No. 521. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* LOGAN; and

No. 522. SAME *v.* BRUCE. December 1, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. J. Louis Monarch, Randolph C. Shaw, Clarence M. Charest,* and *Allin H. Pierce* for petitioner. *Mr. R. S. Doyle* for respondents. Reported below: 42 F. (2d) 193, 197.

No. 543. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RY. Co. *v.* MOQUIN. December 8, 1930. The petition for a writ of certiorari in this case to the Supreme Court of Minnesota is granted, limited to the question arising